UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11682NMG
Magistrate Judge Alexander

RI SEEKONK HOLDINGS, LLC )
    Plaintiff, )
)
V. )
)
TIMOTHY P. MCINERNEY, )
individually and as in his )
capacity as town administrator )
of the TOWN OF SEEKONK )
and TOWN OF SEEKONK, )
    Defendants. )

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO
FILE RESPONSIVE PLEADING**

Now come the Defendants, Timothy McInerney and the Town of Seekonk in the above-referenced matter, and move to enlarge the time to file a Responsive Pleading in the above-referenced matter through and including Monday, September 20, 2004.

As reasons for this motion, counsel for the defendants state that they require the additional time to obtain the information necessary for the preparation of a responsive pleading. The defendants have not requested any previous enlargement of time in this matter and the plaintiff assents to this motion.

Respectfully submitted,
DEFENDANTS,
TIMOTHY McINERNEY and the
TOWN OF SEEKONK,
By their attorneys,

/s/ Jeremy I. Silverfine
Leonard H. Kesten, BBO# 542042
Jeremy I. Silverfine, BBO#542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Assented To:

/s/ John B. Reilly
John B Reilly
John Reilly & Associates
Suite 330-Summit West
300 Centerville Road
Warwick, RI 02866
(401) 739 1800

Dated: September 1, 2004

## CERTIFICATE OF SERVICE

I, Jeremy I. Silverfine, do hereby certify that I have this date served a copy of the accompanying document(s), by being sent via U.S. Mail, first class, postage prepaid, to:

John B. Reilly, Esquire
John Reilly & Associates
Summit West – Suite 330
300 Centerville Road
Warwick, RI 02886

DATE: 9/1/04                    /s/ Jeremy I. Silverfine
                                Jeremy I. Silverfine