AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ DISTRICT OF _____MASSACHUSETTS_____

SEEKONK HOLDINGS, LLC

V.

TIMOTHY P. McINERNEY, INDIVIDUALLY AND IN HIS CAPACITY OF TOWN ADMINISTRATOR OF THE TOWN OF SEEKONK AND TOWN OF SEEKONK

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-11682 NMG

TO: (Name and address of defendant)

TIMOTHY P. McINERNEY
Seekonk Town Administrator
100 Peck Street
Seekonk, Massachusetts 02771

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOHN B. REILLY, ESQ.
JOHN REILLY & ASSOCIATES
300 CENTERVILLE ROAD
SUMMIT WEST - SUITE 330
WARWICK, RI 02886
(401) 739-1800

an answer to the complaint which is herewith served upon you, within ___20 (TWENTY)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE 7-29-04

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☐ Other *(specify)*: ____________________

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________
Date

____________________
Signature of Server

____________________
Address of Server

**Bristol County Deputy Sheriffs' Office • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631**

*Bristol, ss.*

August 16, 2004

I hereby certify and return that on 8/12/2004 at 09:19 am I served a true and attested copy of the Summons and Complaint, Exhibit A - D in this action in the following manner: To wit, by delivering in hand to Timothy P. McInerney at Seekonk Town Administrator 100 Peck Street Seekonk, MA 02771. Copies ($2.00), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $39.75

Deputy Sheriff Benton W Keene, III

Deputy Sheriff