UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11682NMG
Magistrate Judge Alexander

RI SEEKONK HOLDINGS, LLC )
    Plaintiff, )
)
V. )
)
TIMOTHY P. MCINERNEY, )
individually and as in his )
capacity as town administrator )
of the TOWN OF SEEKONK )
and TOWN OF SEEKONK, )
    Defendants. )

**ASSENTED TO MOTION FOR AN ADDITIONAL ENLARGEMENT OF
TIME TO FILE RESPONSIVE PLEADING**

Now come the Defendants, Timothy McInerney and the Town of Seekonk in the above-referenced matter, and move to request an additional enlargement of time to file a Responsive Pleading in the above-referenced matter through and including Thursday, October 28, 2004.

As reasons for this motion, counsel for the defendants state that they require the additional time to obtain the information necessary for the preparation of a responsive pleading. Furthermore, the defendant's attorney is out of the state this week due to the death of his father. The plaintiff assents to this motion.

        Respectfully submitted,
        DEFENDANTS,
        TIMOTHY McINERNEY and the
        TOWN OF SEEKONK,
        By their attorneys,

        /s/ Jeremy I. Silverfine
        Leonard H. Kesten, BBO# 542042
        Jeremy I. Silverfine, BBO#542779
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

Assented To:

/s/ John B. Reilly
John B Reilly
John Reilly & Associates
Suite 330-Summit West
300 Centerville Road
Warwick, RI 02866
(401) 739 1800

Dated: September 20, 2004

## CERTIFICATE OF SERVICE

    I, Jeremy I. Silverfine, do hereby certify that I have this date served a copy of the accompanying document(s), by being sent via U.S. Mail, first class, postage prepaid, to:

John B. Reilly, Esquire
John Reilly & Associates
Summit West – Suite 330
300 Centerville Road
Warwick, RI 02886

DATE: 9/20/04                            /s/ Jeremy I. Silverfine
                                                        Jeremy I. Silverfine