UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 04-11682NMG

| | |
|---|---|
| RI HOLDINGS COMPANY, LLC )<br>    Plaintiff, )<br>)<br>V. )<br>)<br>TIMOTHY P. MCINERNEY, )<br>individually and as in his )<br>capacity as town administrator )<br>of the TOWN OF SEEKONK )<br>and TOWN OF SEEKONK, )<br>    Defendants. ) | |

## NOTICE OF APPEARANCE

Please enter our appearance as attorneys for the Defendants with reference to the above-captioned action.

Respectfully Submitted,

/s/ Jeremy I. Silverfine
Leonard H. Kesten, BBO# 542042
Jeremy I. Silverfine, BBO#542779
BRODY, HARDOON, PERKINS AND KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: December 1, 2004

## CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the above document was served upon all counsel of record by first class mail on December 1, 2004.

/s/ Jeremy I. Silverfine
Jeremy Silverfine