UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

R.I. SEEKONK HOLDINGS, LLC.
    Plaintiff

VS.                                                         C.A. No.  04 CV 11682 NMG

TIMOTHY P. McINERNEY, INDIVIDUALLY
AND IN HIS CAPACITY OF TOWN
ADMINISTRATOR of the TOWN OF
SEEKONK and TOWN OF SEEKONK
    Defendants

### PLAINTIFF'S MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Plaintiff hereby moves for the admission of Patrick S. Bristol in the above captioned matter <u>pro</u> <u>hac</u> <u>vice</u> to assist his undersigned counsel in the prosecution of the within matter.  In support of this Motion, an Affidavit pursuant to Local Rule 83.5.3 appears at Exhibit "A" and is incorporated herein, by reference.

**DATED**: <u>01/06/2005</u>

                                                                    <u>/s/  John B. Reilly</u>
                                                                      John B. Reilly, Esq. (BBO #545576)
                                                                      John Reilly & Associates
                                                                      300 Centerville Road
                                                                      Summit West - Suite 330
                                                                      Warwick, Rhode Island 02886
                                                                      (401) 739-1800
                                                                      Fax: (401) 738-0258