# EXHIBIT "A"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

R.I. SEEKONK HOLDINGS, LLC.
   Plaintiff

VS.               C.A. No.  04 CV 11682 NMG

TIMOTHY P. McINERNEY, INDIVIDUALLY
AND IN HIS CAPACITY OF TOWN
ADMINISTRATOR of the TOWN OF
SEEKONK and TOWN OF SEEKONK
   Defendants

## AFFIDAVIT OF PATRICK S. BRISTOL IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE

   I, Patrick S. Bristol, being first duly sworn, depose and say that:

1. I am over the age of eighteen (18) years and believe in the obligation of an oath.

2. I currently practice law at Suite 330 - Summit West, 300 Centerville Road, Warwick, Rhode Island 02886 (telephone:  401/739-1800) and am a member in good standing of the Bars of the following courts:

  (a) State of Connecticut;

  (b) United States District Court for the District of Connecticut;

  (c) United States Courts of Appeal for the Second Circuit;

  (d) State of Rhode Island.

3. I am familiar with the local rules of the United States District Court for the District of Massachusetts.

4. I have never had a grievance filed against me, been reprimanded, suspended or disbarred.

5. There are no pending disciplinary proceedings adverse to me before any Boards of Bar Overseers in any jurisdiction.

6. I have never resigned from the practice of law in any jurisdiction.

/s/ Patrick S. Bristol
Patrick S. Bristol, Esq.

State of Rhode Island
County of Kent

Sworn to and subscribed before
me this 6th day of January, 2005.


/s/ Jennifer L. Case
Jennifer L. Case
Notary Public # 41036
My Commission Expires 4/22/05