**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**R.I. SEEKONK HOLDINGS, LLC.**

      **Plaintiff**

VS.                                                                            C.A. No.  04 CV 11682 NMG

**TIMOTHY P. McINERNEY, INDIVIDUALLY**
**AND IN HIS CAPACITY OF TOWN**
**ADMINISTRATOR of the TOWN OF**
**SEEKONK and TOWN OF SEEKONK**
      **Defendants**

**RULE 16.1 CERTIFICATION**

In accordance with Local Rule 16.1, the undersigned hereby certify that we have conferred (a) with a view to establish a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of Alternative Dispute Resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| **Plaintiff, R.I. Seekonk Holdings, LLC,** | **R.I. Seekonk Holdings, LLC** |
| **By its attorney,** | **By its Authorized Member,** |
| | |
| /s/ John B. Reilly | /s/ H. Charles Tapalian |
| **John B. Reilly, Esq.** | **H. Charles Tapalian, Member** |
| **(BBO # 545576)** | |
| John Reilly & Associates | |
| Summit West - Suite 330 | |
| 300 Centerville Road | |
| Warwick, Rhode Island 02886 | |
| (401) 739-1800 | |
| FAX:  (401) 738-0258 | |