**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**


**R.I. SEEKONK HOLDINGS, LLC.**

       **Plaintiff**

**VS.**                                                      **C.A. No.  04 CV 11682 NMG**


**TIMOTHY P. McINERNEY, INDIVIDUALLY**
**AND IN HIS CAPACITY OF TOWN**
**ADMINISTRATOR of the TOWN OF**
**SEEKONK and TOWN OF SEEKONK**
       **Defendants**


**JOINT PROPOSED PRETRIAL SCHEDULE**


      All parties in the above captioned matter move this Court to adopt the following proposed pretrial schedule:

| Event | Date |
| --- | --- |
| Amendments to Pleadings (to and include Third Party Actions) | July 29, 2005 |
| Non-Expert Discovery | December 15, 2005 |
| Plaintiff's Expert Reports | January 20, 2006 |
| Defendant's Expert Reports | January 24, 2006 |
| All Discovery to be Completed | March 17, 2006 |
| Motions for Summary Judgment | April 18, 2006 |
| Oppositions to Summary Judgment | May 18, 2006 |
| Hearing on Summary Judgment Motion(s) | To Be Determined |
| Pretrial Conference | To Be Determined |

1

2

Respectfully Submitted,

| | |
|---|---|
| Plaintiffs, | Defendant |
| By its attorney, | By its attorney, |

| | |
|---|---|
| /s/ John B. Reilly | /s/ Jeremy Silverfine |
| John B. Reilly, Esq. | Jeremy Silverfine, Esq. |
| (BBO # 545576) | (BBO #542779) |
| John Reilly & Associates | Brody Hardoon Perkins & Kesten |
| Summit West - Suite 330 | 1 Exeter Plaza |
| 300 Centerville Road | Boston, Massachusetts 02116 |
| Warwick, Rhode Island 02886 | (617) 880-7100 |
| (401) 739-1800 | Fax: (617) 880-7171 |
| FAX:  (401) 738-0258 | |

**DATED:**      January 19, 2005