UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11682NMG

RI HOLDINGS COMPANY, LLC )
    Plaintiff, )
)
V. )
)
TIMOTHY P. MCINERNEY, )
individually and as in his )
capacity as town administrator )
of the TOWN OF SEEKONK )
and TOWN OF SEEKONK, )
    Defendants. )

### RULE 16.1(D)(3) CERTIFICATION

In accordance to Local Rule 16.1, the undersigned hereby certify that we have conferred (a) with a view to establish a budget for the costs of conducting a full course-and various open in courses-of the litigation; and, (b) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

        Respectfully submitted,
        Timothy P. McInerney and
        Town of Seekonk,
        Defendants,

        _____
        Leonard H. Kesten, BBO# 542042
        Jeremy I. Silverfine, BBO #542779
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

_____
Doreen Taylor, Chairwoman of Board of Selectmen
Town of Seekonk

Date: 2/11/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11682NMG

RI HOLDINGS COMPANY, LLC )
    Plaintiff, )
  )
V. )
  )
TIMOTHY P. MCINERNEY, )
individually and as in his )
capacity as town administrator )
of the TOWN OF SEEKONK )
and TOWN OF SEEKONK, )
    Defendants. )

### RULE 16.1(D)(3) CERTIFICATION

In accordance to Local Rule 16.1, the undersigned hereby certify that we have conferred (a) with a view to establish a budget for the costs of conducting a full course-and various open in courses-of the litigation; and, (b) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,
Timothy P. McInerney and
Town of Seekonk,
Defendants,

_____
Leonard H. Kesten, BBO# 542042
Jeremy I. Silverfine, BBO#542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

_____
Timothy McInerney

Date: 2/14/05