# EXHIBIT C

Case 1:04-cv-11682-NMG   Document 19-4   Filed 04/06/2006   Page 1 of 3

# MURPHY, HESSE, TOOMEY & LEHANE, LLP
## Attorneys At Law

CROWN COLONY PLAZA
300 CROWN COLONY DRIVE, SUITE 410
P.O. BOX 9126
QUINCY, MA 02269-9126
TEL: (617) 479-5000   FAX: (617) 479-6469

WORLD TRADE CENTER EAST
TWO SEAPORT LANE
BOSTON, MA 02210
TEL: (617) 479-5000   FAX: (617) 338-1324

ONE MONARCH PLACE, SUITE 1310R
SPRINGFIELD, MA 01144
TEL: (800) 227-6485   FAX: (617) 479-6469

Arthur P. Murphy
James A. Toomey
Katherine A. Hesse
Michael C. Lehane
John P. Flynn
Regina Williams Tate
Edward F. Lenox, Jr.
Mary Ellen Sowyrda
David A. DeLuca
Ann M. O'Neill
Michael F.X. Dolan Jr.
Donald L. Graham
Andrew J. Waugh
Geoffrey P. Wermuth
William P. Breen, Jr.
Doris R. MacKenzie Ehrens

Lorna M. Hebert
Joseph T. Bartulis, Jr.
Clifford R. Rhodes, Jr.
Kathryn M. Murphy
Stacey G. Bloom
Thomas W. Colomb
Monica Swanson Tesler
Rebecca L. Andrews
Jennifer N. Geosits
Michael J. Pacinda
Jason M. Gesing
Bryan R. LeBlanc
Quinn H. Vandenberg
Kathryn M. Martin
Kevin F. Bresnahan
Kathleen E. Yaeger

*Please Respond to Quincy*

March 15, 2006

*Via Facsimile to: 401-738-0258*
Mr. John Reilly, Esq.
John Reilly & Associates
Summit West – Suite 330
300 Centerville Road
Warwick, Rhode Island   02886-4395

    RE:  **RI Seekonk Holding, LLC**
            **M.G.L. c.40B Project**

Dear Mr. Reilly:

    I have been informed by the firm of Volterra, Goldberg, Mangiaratti & Jacobs that they are unaware of any waiver of the attorney-client privilege by the Town of Seekonk.

    As I mentioned in my February 17, 2006 letter to you, in the absence of any such express waiver or a clear and final judicial determination that such a waiver has occurred as a matter of law, I would continue to be bound by the strictures of confidentiality.

## MURPHY, HESSE, TOOMEY & LEHANE, LLP
### Attorneys At Law

Mr. John Reilly, Esq.
March 15, 2006
Page Two

      Would you please advise me as soon as possible if you intend to postpone my deposition which you have noticed for tomorrow?

Very truly yours,

Michael C. Lehane

MCL/emw

C:    Max Volterra, Esq.: 508/226-7565
       Jeremy Silverfine, Esq.: 617/880-7171
       Leonard Kesten, Esq.: 617/880-7171