Case 1:04-cv-11682-NMG    Document 22-2    Filed 04/18/2006    Page 1 of 6

# EXHIBIT A

Case 1:04-cv-11682-NMG    Document 22-2    Filed 04/18/2006    Page 1 of 6

```
                                                                    1

 1              COMMONWEALTH OF MASSACHUSETTS
                 FOR THE DISTRICT OF MASSACHUSETTS
 2    C.A. NO. 02-12216 RGS              Rule 30 Deposition

 3
      ----------------------------------)
 4    H. CHARLES TAPALIAN                )
                   Plaintiff             )
 5                                       )
      vs.                                )
 6                                       )
      LAWRENCE HAVRYLIK, ET AL,          )
 7                  Defendants           )
      ----------------------------------)
 8

 9

10

11          DEPOSITION OF LAWRENCE HAVRYLIK, taken
      on behalf of the Plaintiff, pursuant to Rule
12    30 of the Massachusetts Rules of Civil
      Procedure, before Lynn L. Lake, a Certified
13    Shorthand Reporter and Notary Public within
      and for the Commonwealth of Massachusetts,
14    at the offices of GOUDREAU & GROSSI COURT
      REPORTING, 63 WINTHROP STREET, TAUNTON, MA,
15    commencing on April 8, 2005, at 9:56 a.m.
      pursuant to Notice and agreement of parties
16    as to the date and time of taking said
      deposition.
17

18

19

20               *  *  *  *  *
21              Goudreau & Grossi
          Court Reporting Service, Inc.
22             63 Winthrop Street
               Taunton, MA 02780
23               (508) 823-4659

24
```

| | | |
|---|---|---|
| 1 | A. | Typically it was when the -- I'm trying to |
| 2 | | think of the right -- the subject of the |
| 3 | | Executive Session was resolved. You know, |
| 4 | | usually that's when the minutes would be |
| 5 | | released so it could be made public. It |
| 6 | | wasn't a pending thing typically. |
| 7 | Q. | From week to week and month to month and year |
| 8 | | to year, was there a procedure that was |
| 9 | | followed as far as an ongoing review of what |
| 10 | | had not been released; were they all in a |
| 11 | | pile, "this hasn't been released," and you'd |
| 12 | | have to keep looking at them? |
| 13 | A. | The secretary basically dealt with that. From |
| 14 | | time to time she would sort of try to thin the |
| 15 | | pile down, you know. I really didn't have any |
| 16 | | direct involvement with that. That was pretty |
| 17 | | much a housekeeping matter for the office. |
| 18 | Q. | During your term, what if any steps were taken |
| 19 | | to make sure that the minutes were accurate? |
| 20 | A. | We'd review them after they were compiled by |
| 21 | | the secretary and then, you know, if we voted |
| 22 | | to approve -- we could make changes, you know, |
| 23 | | if we felt something wasn't quoted properly. |
| 24 | Q. | These were not -- were these intended to be |

| | | |
|---|---|---|
| 1 | | verbatim minutes of everything that was said? |
| 2 | A. | No. |
| 3 | Q. | So they were intended to be summaries -- |
| 4 | A. | Yes. |
| 5 | Q. | -- of what was said? |
| 6 | A. | Yes. |
| 7 | Q. | Thank you. |
| 8 | | Now, before I get to the specifics of |
| 9 | | this, Mr. Kinniburgh is mentioned here; have |
| 10 | | you ever discussed Mr. Tapalian with |
| 11 | | Mr. Kinniburgh outside of selectmen meetings? |
| 12 | A. | No. |
| 13 | Q. | Mr. Varone also, have you discussed him with |
| 14 | | Mr. Varone? |
| 15 | A. | I've discussed the case with Mr. Varone. |
| 16 | Q. | Outside of Executive Session? |
| 17 | A. | Yes. |
| 18 | Q. | What discussions have those been? |
| 19 | A. | Just the fact that it was pretty incredulous |
| 20 | | that I got involved in this whole thing. And |
| 21 | | he and I are friends and that was it. |
| 22 | Q. | What about this Lauren Leonard; have you ever |
| 23 | | discussed it with her? |
| 24 | A. | I really had very little contact with her |

Case 1:04-cv-11682-NMG   Document 22-2   Filed 04/18/2006   Page 5 of 6

102

```
1         Mr. Kinniburgh makes this motion?
2               MR. SILVERFINE:  Objection as to
3         form.  You can answer.
4    A.   Again, I assume there was but I don't recall.
5    Q.   Do you know the reason that it does not appear
6         in these minutes --
7               MR. SILVERFINE:  Objection as to
8         form.  You can answer.
9    Q.   -- if it did occur?
10   A.   Other than the fact that the minutes are -- I
11        think the only thing that's obliged to be in
12        the minutes are what motions were made and the
13        votes.  So it just wasn't required, and
14        somebody made a judgment not to include it I
15        guess.
16   Q.   Who makes that call; is it Ms. Dacanay?
17   A.   I would think basically, yes, to the level of
18        detail.
19   Q.   It's pretty much her call?
20   A.   Right.
21   Q.   Did you ever give her instructions one way or
22        the other as to what should or should not be
23        included in the minutes?
24   A.   No.
```

| | | |
|---|---|---|
| 1 | | they're not always as they appear and it's |
| 2 | | just -- I relied on our Town Counsel to deal |
| 3 | | with those kind of things. I have no special |
| 4 | | knowledge or expertise in that area. |
| 5 | Q. | From time to time, looking through the minutes |
| 6 | | that we have and so forth, decisions had to be |
| 7 | | made concerning Mr. Tapalian's situation; is |
| 8 | | that correct? |
| 9 | A. | Yes. |
| 10 | Q. | And you participated in the decision making? |
| 11 | A. | Yes. |
| 12 | Q. | And you -- let me rephrase that. |
| 13 | | Were there any times in which you |
| 14 | | voted to -- voted in such a way as to take a |
| 15 | | position contrary to what was being suggested |
| 16 | | by Town Counsel? |
| 17 | A. | Not that I recall, no. |
| 18 | Q. | Any time that you took a position contrary to |
| 19 | | what was being suggested by the Town |
| 20 | | Administrator -- |
| 21 | A. | I can't cite specifics -- |
| 22 | Q. | -- concerning Mr. Tapalian? |
| 23 | A. | Concerning Mr. Tapalian, not that I recall. |
| 24 | | MR. REILLY: I realize in six |