# EXHIBIT B

COMMONWEALTH OF MASSACHUSETTS

UNITED STATES DISTRICT COURT

Volume I                    Rule 30 Deposition
Pages 1-218


RI SEEKONK HOLDINGS, LLC

vs.

TIMOTHY P. MCINERNEY, ET AL


   DEPOSITION OF TIMOTHY P. MCINERNEY, taken in behalf of the plaintiff, pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Melissa Prodanis, Court Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of GOUDREAU & GROSSI COURT REPORTING SERVICE, INC., 63 Winthrop Street, Taunton, Massachusetts, on Wednesday, February 8, 2006, commencing at 9:42 a.m.


                    * * * * *

1   A   Yeah.

2   Q   That's correct?

3   A   That's correct.

4   Q   Okay. And do you recall the reporters

5       indicating that they had heard the remarks about

6       the Town should get teeth for dealing with

7       Mr. Tapalian as he proceeds with development?

8           MR. SILVERFINE: Can you say that again?

9           (Whereupon the stenographer read back the

10      last question.)

11  A   I don't remember the reporters saying that at

12      all.

13  Q   Do you have any -- assuming -- let me rephrase

14      that.

15      Assuming that the reporters did report that

16      night, I'm not going to mark every possible

17      document at this deposition, but assuming that

18      for a moment, do you have any understanding why

19      the executive session minutes that we have

20      received for that session do not reflect that

21      language?

22          MR. SILVERFINE: Objection as to the form.

23  A   No. I have no idea.

24  Q   Who was in charge of preparing executive session

```
 1              minutes at the time?
 2     A        Cindy Dacanay.
 3     Q        And Ms. Dacanay had what position?
 4     A        She was the, I don't know the exact title,
 5              Administrative Secretary to the Board, I want to
 6              say.
 7     Q        And did you during your time as Town
 8              Administrator approach Ms. Dacanay concerning
 9              executive session tapes?
10     A        No.
11     Q        Did you ever ask her to take the tapes of the
12              executive sessions into your own custody?
13     A        Um, tapes, no.
14     Q        Did Ms. Dacanay record the executive sessions
15              using a tape recorder?
16     A        The reason why I pause is because there was,
17              when I got there, there was some controversy
18              about whether it was going to be taped or
19              whether it was going to be handwritten votes as
20              the Board went through just as a general
21              operating procedure.  I think when we started,
22              they weren't taped and then for ease for her to
23              be able to transcribe, they were allowed to be
24              taped.  So, I'm not sure if she taped that
```

```
 1              meeting or not.
 2    Q    I'm not confining myself to that meeting.
 3    A    No, but she did tape other meetings.
 4    Q    During the time that you were Town
 5         Administrator, Ms. Dacanay did tape some
 6         executive sessions?
 7    A    Yes.
 8    Q    Okay, number one.  Number two, during the time
 9         that you were Town Administrator, she may have
10         missed an executive session here or there
11         because of vacation or other personal reasons?
12    A    Possible.
13    Q    Okay.  And when she was not present, there was
14         no other person taking notes of the meeting,
15         correct?
16    A    The way the Board structure is, you'll have the
17         Chair.  You'll have the Vice Chair and you'll
18         have the secretary and the secretary, you know,
19         whoever's not a member, it turns out to be the
20         secretary.  I don't know who the secretary would
21         have been but they would be responsible under
22         the, you know, the protocol of the Board or the
23         policy of the Board to take, record the meeting
24         minutes.
```

1  Q   Well, just suggesting to you that Ms. Dacanay
2      was the secretary during this period of time --
3  A   She was to the Board but within the Board
4      itself.
5  Q   All right. If she was ill or not there, her
6      tape recorder, the session would be tape
7      recorded for her to?
8  A   I don't think so.
9  Q   You don't?
10 A   I don't think so.
11 Q   Do you think that someone else came in to take
12     minutes?
13 A   I think that the secretary who was a member of
14     the Board would have kept notes and recorded the
15     votes.
16 Q   Okay. And who do you recall having -- do you
17     recall any of the selectmen during the time that
18     you were there -- having meetings recorded and
19     then transcribed notes of executive sessions?
20 A   I don't know who was. No. I know that
21     Ms. Taylor took copious notes just in every
22     executive session but that's, I don't know, if
23     they were ever transcribed.
24 Q   In any event, Ms. Dacanay did use tape

```
 1   A    I do.
 2   Q    Okay.  That's kind of similar to your statement
 3        about to avoid lawsuits they would be compelled
 4        to allow Mr. Tapalian to do whatever he wanted,
 5        isn't it?
 6   A    I don't think so.
 7   Q    Well, in any event, let's go to the last
 8        paragraph on the page.  You said you would make
 9        the appropriate inquiries into that course of
10        action.  Did I read that correct?
11   A    That's correct.
12   Q    Okay.  And that course of action was to look
13        into whether or not there was a way to suspend
14        the review of further plans for Mr. Tapalian,
15        wasn't it?
16   A    Whether or not it was an appropriate course of
17        action is what I would have determined or I
18        would have asked counsel to determine for us.
19        Is there a way to hold these plans in advance
20        until we do this?
21   Q    You wanted to stop Mr. Tapalian at this point in
22        time, didn't you?
23   A    No.
24   Q    You wanted to find out whether there was any
```