# EXHIBIT D

<u>VOLUME II</u>

<u>PAGES 89 - 156</u>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO:   02-12216 PBS

**H. CHARLES TAPALIAN**

vs.

**LAWRENCE HAVRYLIK, ET AL**

**CONTINUED DEPOSITION OF JAMES V. TUSINO**, taken pursuant to Rule 30 of the Massachusetts Rules of Civil Procedure on behalf of the Plaintiff, before Dawn M. Cunningham, CSR, RPR, and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Goudreau & Grossi Court Reporting, 63 Winthrop Street, Taunton, Massachusetts, on **Wednesday, June 29, 2005**, commencing at 1:34 p.m., pursuant to Notice and agreement of parties as to the date and time of taking said deposition.

\* \* \* \* \*

Goudreau & Grossi
Court Reporting Service, Inc.

| | | |
|---|---|---|
| 1 | | or laws that Mr. Tapalian has violated in |
| 2 | | Seekonk; is that correct? |
| 3 | A | No. |
| 4 | Q | That's not correct? |
| 5 | A | It's correct. |
| 6 | Q | It's correct. Okay. |
| 7 | A | I'm not aware of any law. |
| 8 | Q | Okay. You're not aware of any. |
| 9 | A | Stop trying to trick me. |
| 10 | Q | No, no, no. That's -- |
| 11 | | When Mr. Lehane talked about the last |
| 12 | | thing the town wanted to do would be to be |
| 13 | | perceived as giving in, did you understand |
| 14 | | what he was -- what was your understanding of |
| 15 | | what he was saying? |
| 16 | A | I'm not really sure I even recall some of |
| 17 | | that conversation. I read it to mean that he |
| 18 | | didn't want to settle. |
| 19 | Q | Okay. Did Mr. Lehane express opinions about |
| 20 | | Mr. Tapalian to you? |
| 21 | A | No. He felt that -- you know, he was unhappy |
| 22 | | with -- he felt that it was the nastiest |
| 23 | | litigation that he ever was involved in or he |
| 24 | | just thought, you know, the tone of it was |

```
 1           just nasty.
 2                 I think he liked you though.
 3    Q      He did.
 4    A      I'm pretty sure he did.
 5    Q      I'm sure that the feeling was mutual.
 6                 What was discussed about putting
 7           teeth in further dealings with Mr. Tapalian?
 8                 What was the -- what was discussed at
 9           this executive session about that?
10    A      What I recall is that they wanted to prevent
11           this type of thing from happening or somehow
12           protect themselves further.  You know, I --
13           in all honesty that didn't involve me, what
14           they were gonna do with the planning board or
15           the zoning or the building inspector or the
16           town administrator.  That had nothing to do
17           with me.  I mean I had enough trouble trying
18           to just focus on the things I needed to focus
19           on.
20    Q      Okay.  Sure, you were focusing on your own
21           situation primarily.
22    A      Uh-huh.
23    Q      That's correct?
24    A      Yeah.
```