# EXHIBIT E

October 13, 2000



EXHIBIT
Keegan No. 5
12-28-01

Attorney Michael C. Lehane
Murphy, Hesse, Toomey & Lehane
Crown Colony Plaza
300 Crown Colony Drive, Suite #410
Quincy, MA   02269-9126

Dear Attorney Lehane:

As per your request, could you please provide the Board of Selectmen a written opinion regarding the options the Board could take in response to the vicious attack taken by individuals to slander and demolish the reputation of Mr. Tusino.

As I indicated to you, this investigation has been very costly, but ultimately resulted in the complete clearance of Mr. Tusino.

Thank you for your assistance.

Sincerely,

William G. Keegan, Jr.
Town Administrator

WGK:cjd

# FAX



Date: 10/15/00

Number of pages including cover sheet: 2

**To:**
Murphy, Hesse, Toomey & Lehane
ATTORNEYS AT LAW

Attn: Michael Lehane

Phone: 1-617-479-5000

Fax phone: 1-617-479-6469

CC:

**From:**
Arlene E. Lynch
Administrative Assistant

Phone: 508-336-2911

Fax phone: 508-336-3137

REMARKS: ☐ Urgent   ☒ For your review   ☐ Reply ASAP   ☐ Please comment

Before Wednesday night.
Thanks