UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11682NMG

| | |
|---|---|
| RI SEEKONK HOLDINGS, LLC )<br>Plaintiff, ) | |
| ) | |
| V. ) | |
| ) | |
| TIMOTHY P. MCINERNEY, )<br>individually and as in his )<br>capacity as town administrator )<br>of the TOWN OF SEEKONK )<br>and TOWN OF SEEKONK, )<br>Defendants. ) | |

## ASSENTED TO MOTION TO EXTEND CERTAIN SCHEDULING ORDER DEADLINES

Now come the defendants in the above-captioned matter, and request this Honorable Court to extend the following deadlines of its current Scheduling Order:

(1) All depositions be completed by August 31, 2006.

(2) All trial experts of the parties be disclosed by July 29, 2006.

(3) All dispositive motions, including motions for summary judgment, are to be filed by October 21, 2006 and responses by November 30, 2006.

As reasons for this motion, counsel for the defendants states that he requires the additional time to complete the plaintiff's deposition. The defendants' attorney was on Trial in the Worcester Superior Court in the matter *Sommer v. Town of Southbridge* (Civil Action No.: 96-1278B) from May 1, 2006 until May 15, 2006. Furthermore, the defendants' attorney had to leave the state on May 16, 2006, for an unknown time period, due to a family emergency. Therefore, the plaintiff's deposition, previously scheduled for May 10, 2006, had to be continued.

Additionally, this Court has rescheduled a case in which Plaintiff's counsel is representing a Defendant to its trial calendar of July 17, 2006 (Beverly Pine, et al v. Jean Arruda, et al, #04-11518NMG) and Plaintiff's counsel is also scheduled to conduct a multi-week jury trial in a Rhode Island State Court case during June, 2006. Furthermore, the parties are awaiting the Court's determination of Plaintiff's Motion seeking to compel the deposition testimony of Defendant's former town counsel and whether the release of certain executive session minutes and other testimony has effectuated a waiver of the Town's attorney-client privilege as it relates to such former town counsel.

No party will be prejudiced by these proposed changes. Therefore, the defendants respectfully request that this Court allow the proposed changes and adjust all remaining events accordingly.

>Respectfully submitted,
>DEFENDANTS,
>TIMOTHY McINERNEY and the
>TOWN OF SEEKONK,
>By their attorneys,
>
>/s/ Jeremy I. Silverfine
>Leonard H. Kesten, BBO# 542042
>Jeremy I. Silverfine, BBO#542779
>BRODY, HARDOON, PERKINS & KESTEN, LLP
>One Exeter Plaza
>Boston, MA 02116
>(617) 880-7100

Assented To:

/s/ John B. Reilly
John B Reilly
John Reilly & Associates
Suite 330-Summit West
300 Centerville Road
Warwick, RI 02866
(401) 739 1800

Dated: May 18, 2006