UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11682NMG

RI SEEKONK HOLDINGS, LLC )
    Plaintiff, )
)
V. )
)
TIMOTHY P. MCINERNEY, )
individually and as in his )
capacity as town administrator )
of the TOWN OF SEEKONK )
and TOWN OF SEEKONK, )
    Defendants. )

## JOINT MOTION TO EXTEND CERTAIN SCHEDULING ORDER DEADLINES

Now come the parties in the above-captioned matter, and jointly request this Honorable Court to extend the following deadlines of its current Scheduling Order:

(1) All depositions (except experts) be completed sixty (60) days after decision on Plaintiff's Motion to Compel Deposition Testimony of Witness, Michael Lehane, Esq.

(2) All trial experts of the parties be disclosed by February 16, 2007 and all expert depositions completed within thirty (30) days thereafter.

(3) All dispositive motions, including motions for summary judgment, are to be filed 60 days after the deadline for depositions, and responses 30 days thereafter.

Based upon the foregoing, it is further requested that the current final pre-trial and trial schedule be modified accordingly.

The parties are awaiting the Court's determination of Plaintiff's Motion seeking to compel the deposition testimony of Defendants' former town counsel and whether the release of certain executive session minutes and other testimony

has effectuated a waiver of the Town's attorney-client privilege as it relates to such former town counsel.

No party will be prejudiced by these proposed changes. Additionally, unavoidable scheduling issues relating to both witnesses and counsel have made this motion necessary. Therefore, the parties respectfully request that this Court allow the proposed changes and adjust any remaining events accordingly or as necessary.

| | |
|---|---|
| PLAINTIFF,<br>RI SEEKONK<br>HOLDINGS, LLC,<br>By their attorney, | Respectfully submitted,<br>DEFENDANTS,<br>TIMOTHY McINERNEY and the<br>TOWN OF SEEKONK,<br>By their attorneys, |
| /s/ John B. Reilly<br>John B Reilly<br>John Reilly & Associates<br>Suite 330-Summit West<br>300 Centerville Road<br>Warwick, RI 02866<br>(401) 739 1800 | /s/ Jeremy I. Silverfine<br>Leonard H. Kesten, BBO# 542042<br>Jeremy I. Silverfine, BBO#542779<br>BRODY, HARDOON, PERKINS & KESTEN, LLP<br>One Exeter Plaza<br>Boston, MA 02116<br>(617) 880-7100 |

Dated: November 29, 2006