# JOHN REILLY & ASSOCIATES
## Attorneys and Counselors at Law

*Admitted in Rhode Island & Massachusetts*

Summit West — Suite 330
300 Centerville Road
Warwick, Rhode Island 02886-4395
(401) 739-1800
Fax (401) 738-0258

John B. Reilly
jreilly@lawyers-online.us

April 12, 2007

Craig Nicewicz, Court Clerk
Honorable Nathaniel M. Gorton
United States District Judge
United States District Court
for the District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re:   R.I. Seekonk Holdings, LLC. v. Timothy P. McInerney, et al
      **C.A. No.: 04 CV 11682 NGM**

Dear Craig:

As you may recall, this case is currently scheduled for a trial to begin on Monday May 14, 2007.

We are pleased to be able to advise you that the parties have reached a settlement agreement in the matter. Attorney Silverfine is engaged in a lengthy trial, thus it may take us up to sixty (60) days to finalize our paperwork and present a dismissal stipulation. Perhaps the Court can enter an Order to this effect.

We thank you for all your wonderful assistance throughout the pendency of this matter.

Very truly yours,

John B. Reilly

Cc: Jeremy Silverfine Esq.
    H. Charles Tapalian
JBR/lk