UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

R.I. SEEKONK HOLDINGS, LLC,
    Plaintiff

v.                                                                                     C.A. No.: 04-11682 NMG

TIMOTHY P. McINERNEY, et al
    Defendants

### STIPULATION OF DISMISSAL AND WAIVER OF APPEAL

In the above-entitled action it may be entered that this action has been and is dismissed, with prejudice and without interest or costs. Furthermore, all parties waive any and all rights of appeal.

| | |
|---|---|
| R.I. Seekonk Holdings, LLC,<br>By its attorney, | The Defendants,<br>TOWN OF SEEKONK, et. al |
| *(signature)*<br>John B. Reilly, BBO# 545576<br>Suite 330 – Summit West<br>300 Centerville Road<br>Warwick, R.I. 02886<br>(401) 739-1800 | *(signature)*<br>Leonard H. Kesten, BBO# 542042<br>Jeremy I. Silverfine, BBO#542779<br>BRODY, HARDOON, PERKINS &<br>KESTEN, LLP<br>One Exeter Plaza<br>Boston, MA 02116<br>(617) 880-7100 |